## P. D. PEACHER, Appellant, v. UNITED STATES of America.

### No. 10829.

Circuit Court of Appeals, Eighth Circuit.

Jan. 13, 1937.

Rex V. Wheeler, of Marion, Ark., and Joe C. Barrett and N. F. Lamb, both of Jonesboro, Ark., for appellant.

Fred A. Isgrig, U. S. Atty., of Little Rock, Ark.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, on motion of appellant.

## George O. PRATT, Regional Director of the National Labor Relations Board et al., Appellants, v. Charles Bank STOUT et al.

### No. 10647.

Circuit Court of Appeals, Eighth Circuit.

Nov. 10, 1936.

Charles Fahy, Gen. Counsel, National Labor Relations Board, Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, William R. Walsh, Litigation Division, National Labor Relations Board, and George Pratt, Director, Na-

tional Labor Relations Board, all of Washington, D. C., for appellants.

John G. Madden and Alfred Kuraner, both of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties.

## The READING COMPANY, Appellant, v. BLACK POINT STEAMSHIP COMPANY, Appellee.

### No. 3205.

Circuit Court of Appeals, First Circuit.

Jan. 19, 1937.

Bailey Aldrich, of Boston, Mass. (James Garfield, of Boston, Mass., on the brief), for appellant.

Frederick Fish, of Boston, Mass. (Putnam, Bell, Dutch & Santry, of Boston, Mass., on the brief) for appellee.

PER CURIAM.

The decree of the District Court (14 F. Supp. 43) is affirmed on the opinion of the District Court, with costs to the appellee.

## Mary E. REAMER, as Administratrix of the Goods, Chattels, and Credits which were of Benjamin Reamer, Deceased, Plaintiff-Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Defendant-Appellee.

### No. 166.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Anthony Sansone, of New York City, for appellant.

Douglas Swift, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.